**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUANITA MARES MARQUEZ, ) | NO. ED CV 09-1921-E | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| MICHAEL J. ASTRUE, COMMISSIONER ) | | |
| OF SOCIAL SECURITY ADMINISTRATION, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

   DATED: April 27, 2010.


                          _____/S/_____
                                CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE